UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

JULIO ROSARIO,

Plaintiff(s)                                           08 civ 10602 (JGK)

-against-                                    ORDER OF DISCONTINUANCE

CITY OF NEW YORK, et al.,

Defendant(s).

--------------------------------------------------------------X

It having been reported to this Court that the parties have settled this action,

It is, on this **16th** day of **July,** 2009, hereby ordered that this matter be discontinued with

prejudice but without costs; provided, however, that within **30** days of the date of this order,

counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the

undersigned, in which event the action will be restored.

SO ORDERED.

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 16, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/17/09__